# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2607

_____

Cathy Jackson, Special Administrator of   *
the Estate of Anthony James Messmer,   *
Deceased,   *
                                                     *    Appeal from the United States
                  Appellant,   *    District Court for the Western
                                                     *    District of Arkansas.
    v.   *
                                                   *       [UNPUBLISHED]
United States of America,   *
                                                   *
                  Appellee.   *

_____

Submitted: March 13, 2000
Filed: March 23, 2000

_____

Before MORRIS SHEPPARD ARNOLD and FAGG, Circuit Judges, and BENNETT,* District Judge.

_____

PER CURIAM.

This appeal has been submitted on the briefs. Having considered the record and the parties' submissions, we agree with the district court's analysis and conclude that no error of law appears in the district court's order. Because Jackson failed to raise certain issues in time for the district court to rule on them in its order dismissing the

_____

*The Honorable Mark W. Bennett, Chief Judge, United States District Court for the Northern District of Iowa, sitting by designation.

complaint, we decline to consider issues raised for the first time in her motion for reconsideration in the district court and in her brief before this court. We thus affirm for the reasons stated in the district court's order without further discussion. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.